In the Matter of the Claims of RICHARD E. LASHER et al., Claimants, and WALLACE OAKES et al., Respondents. EDWARD CORSI, as Industrial Commissioner, Appellant.— Motion for permission to appeal to the Court of Appeals granted and this court certifies that in its opinion questions of law have arisen which ought to be reviewed by the Court of Appeals. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See 283 App. Div. 1132.]

In the Matter of the Claim of FRANK FIOL, Respondent. CALMAR STEAMSHIP CORPORATION, Appellant; EDWARD CORSI, as Industrial Commissioner, Respondent.— Motion for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 519.]

HENRY P. CARRIER, as Administrator of the Estate of HELEN C. CARRIER, Deceased, Appellant, v. FRUEHAUF TRAILER Co. et al., Respondents. HENRY P. CARRIER, Appellant, v. FRUEHAUF TRAILER Co. et al., Respondents.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, with $10 costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 821.]

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARMAND LATRAVERSE, Appellant, against J. VERNEL JACKSON, as Warden of Clinton State Prison, Respondent.— Motion for permission to appeal to the Court of Appeals denied. If appellant has taken a timely appeal he may review the order entered upon the rehearing which had been directed by the Special Term. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 822.]

In the Matter of THEODORE W. DE LUCA, Appellant, against ALBIN S. JOHNSON, as Superintendent of State Police, Respondent.— Motion for reargument, or in the alternative, for permission to appeal to the Court of Appeals denied, without costs. Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ. [See *ante,* p. 824.]